# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| BANKFIRST, a South Dakota state bank,<br><br>      Plaintiff,<br><br>v.<br><br>NEUBERGER BERMAN LLC, a limited liability company and RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC., a corporation,<br><br>      Defendants. | Court File No:  09-CV-664<br><br>**MOTION FOR SUMMARY JUDGMENT** |

To: Neuberger Berman LLC and Ridge Clearing & Outsourcing Solutions, Inc., and their counsel, George R. Serdar, Messerli & Kramer, 100 S 5th Street, Suite 1400, Minneapolis, Minnesota 55402.

Beal Bank Nevada, whose motion for substitution as plaintiff is currently pending, hereby moves the Court under Fed. R. Civ. P. 56 for an Order for Summary Judgment in favor of Beal Bank Nevada as to all claims in this action.

This motion is based on Plaintiff's Memorandum of Law and Affidavits in support of the Motion, which shall be filed in accordance with Local Rules, and on all the records, files, and proceedings herein, as well as on the arguments of counsel at the motion hearing.

1

Dated: November 19, 2009　　　　**FAEGRE & BENSON LLP**

By:

*s/ Jerome A. Miranowski*
Jerome A. Miranowski, #125593
Edward T. Wahl, #15409X
Amber N. Bowman, #0388867
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

**Attorneys for Plaintiff**

fb.us.4589950.01