# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Beal Bank Nevada, | **COURT MINUTES** |
| Plaintiff, | BEFORE: James M. Rosenbaum |
| | U.S. Distirct Judge |
| v. | |
| | Case No:            09-664 JMR/FLN |
| Neuberger Berman LLC, et al., | Date:                February 5, 2010 |
| | Court Reporter:   Dawn Hansen |
| Defendant. | Time Commenced: 10:19 a.m. and 11:16 a.m. |
| | Time Concluded:  10:23 a.m. and 11:19 a.m. |
| | Time in Court     7 Minutes |

APPEARANCES:

    Plaintiff:    Jerome Miranowski
    Defendant:    George Serdar


**\*\*IT IS ORDERED:** Parties informed the Court the case has settled.  Stipulation to follow

s/Heather Walker<br>Calendar Clerk