# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| BEAL BANK NEVADA, | Court File No: 09-CV-00664 |
| Plaintiff, | |
| v. | **ORDER** |
| BARCLAYS CAPITAL, INC., a corporation, NEUBERGER BERMAN LLC, a limited liability company, and RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC., a corporation, | |
| Defendants. | |

Upon receiving, reading and filing the Stipulation [Docket No. 50] from counsel for the above-named parties:

**IT IS HEREBY ORDERED that:**

1. The assets (the "Pledged Securities") pledged under the Amended and Restated Pledged Collateral Account Control Agreement dated February 21, 2007 (the "Control Agreement"), which are held in Ridge Account # 541-40154(NB522-00154), shall continue to be managed by Neuberger under the existing Discretionary Investment Advisory Agreement (the "Advisory Agreement") until further order of the United States District Court for the District of Minnesota;

2. Regalia, Skatter, and Jain will consent to an amendment of Beal Nevada's pleadings in *Regalia, LLC, et al. v. FDIC*, Case Number 09-cv-01114 (the "Regalia Litigation")

       to assert Beal Nevada's rights under the Control Agreement and the related amended security agreement, including the claims made in this Action;

3. The Parties will cooperate to achieve a prompt resolution of the Regalia Litigation, including using their best efforts to limit the discovery period to four (4) months or less; and

4. Beal Nevada will dismiss its claims in this Action against Neuberger and Ridge with prejudice and without costs to any party, reserving whatever rights it has under the Control Agreement and related amended security agreement against all Parties.

It is so Ordered.

Dated: March 29, 2010                       s/James M. Rosenbaum
                                                   The Honorable James M. Rosenbaum
                                                   Senior United States District Judge